UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MICHAEL SIMON, JR.,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Respondents. | Case No. 2:21-cv-00746-FLA (JCx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

The court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions, and recommendation of the Magistrate Judge reflected in the April 7, 2021 Report and Recommendation. *See* Dkt. 24.

THE COURT HEREBY FINDS AND ORDERS: (1) Ground Three of the Petition for Writ of Habeas Corpus ("Petition") is not cognizable; (2) Grounds One, Two, and Four of the Petition are untimely; (3) dismissal of the Petition and action on the foregoing bases is independently appropriate; (4) Petitioner has failed to prosecute this action and has failed to comply with a court order which constitute separate independent bases to dismiss the Petition and this action; (5) the Petition and this action are dismissed on the foregoing bases; and (6) Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and any counsel for Respondents.

IT IS SO ORDERED.

Dated: June 4, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge