UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLAND MICHAEL SIMON, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Respondent. | Case No. 2:21-cv-00746-FLA (JCx) <br><br> **JUDGMENT** |

Pursuant to this court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are DISMISSED.

IT IS SO ADJUDGED.

Dated: June 4, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge